Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

## for

## the District of Nevada

**REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES**

**Name of Offender:**   GUILLERMO ANTHONY MARTINEZ

Case Number:   CR-S-07-0238-RCJ(PAL)

Name of Sentencing Judicial Officer:   Honorable Dana M. Sabraw

Date of Original Sentence:   March 9, 2007

Original Offense:   Transporting Illegal Aliens

Original Sentence:   Time served followed by 22 months of supervised release

Date Supervision Commenced:   March 9, 2007

Date Jurisdiction Transferred to District of Nevada:   May 6, 2011

Name of Assigned Judicial Officer:   Robert Clive Jones

## SUMMARY

Mr. Martinez has submitted an emergency travel request to Mexicali, Mexico to tend to his injured grandparents. His grandparents were involved in a head-on-collision and are currently in the hospital in Mexico. Mr. Martinez plans to leave as soon as his travel is approved and will return to Nevada on May 5, 2012. Martinez will be driving to Calexico, CA with his family and will be staying at a local hotel on the California side of the international border, while visiting his grandparents on the Mexico side.

Mr. Martinez is currently in compliance with his conditions of supervision. The probation office respectfully requests that Martinez be allowed to travel to Mexicali, Mexico on the aforementioned date. He is aware that if the Court does not authorize his travel, he must remain in the Unites States until he satisfactorily completes his term of supervised release.

Form 12 - Travel
D/NV Form
Rev. Mar. 2008

**RE: GUILLERMO ANTHONY MARTINEZ**

Respectfully submitted,

*[signature]*

SHEREE D. CORNIEL
United States Probation Officer

APPROVED:/s/ mps

---

*THE COURT ORDERS:*

__x__      Requested Travel is Approved

_____    Requested Travel is Denied

_____    Other

*[signature]*
Signature of Judicial Officer

April 27, 2012
Date